SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
BRUCE WECKER (SBN 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (SBN 89205)
gbishop@hosielaw.com
DIANE S. RICE (SBN 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

MICHAEL J. BETTINGER (SBN 122196)
mike.bettinger@klgates.com
TIMOTHY PAAR WALKER (SBN 105001)
timothy.walker@klgates.com
D. SHANE BRUN (SBN 179079)
shane.brun@klgates.com
HOLLY HOGAN (SBN 238714)
holly.hogan@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 882-8200 Tel.
(415) 882-8220 Fax

*Attorneys for Defendant*
*F5 NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | Case No. 10-CV-3365 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Implicit Networks, Inc. ("Plaintiff") and defendant F5 Networks, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about July 30, 2010, Plaintiff served its Original Complaint upon Defendant; Plaintiff's Complaint alleges counts for patent infringement, including direct infringement, induced infringement, contributory infringement and willful infringement;

WHEREAS, Defendant filed its Answer to Complaint, and Counter-Complaint for Declaratory Judgment of Invalidity and Non-Infringement of U.S. Patent Nos. 6,629,163 and 7,711,857 on or about October 13, 2010, and Plaintiff filed its Answer to Counterclaim on or about November 3, 2010;

WHEREAS, Plaintiff has drafted its First Amended Complaint, in order to allege in more detail facts relating to its claims for relief for induced infringement, contributory infringement and willful infringement;

WHEREAS, Defendant and Plaintiff have agreed and stipulated to Plaintiff's filing of the First Amended Complaint; and

WHEREAS, no trial date has yet been set in this action;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Plaintiff may have leave to file its First Amended Complaint, attached hereto as Exhibit 1. Plaintiff and Defendant, through their respective counsel of record, have agreed to this filing.

DATED:   December 16, 2010

HOSIE RICE LLP

By:   */s/ George F. Bishop*
George F. Bishop
*Attorneys for Plaintiff
Implicit Networks, Inc.*

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT    1    CASE NO. 10-CV-3365 SI

K&L GATES LLP

By: /s/D. Shane Brun
D. Shane Brun
*Attorneys for Defendant*
*F5 Networks, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   December 16, 2010

/s/ George F. Bishop
George F. Bishop

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Leave to file Plaintiff's First Amended Complaint is GRANTED.

Dated:  December __, 2010

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE