| | |
|---|---|
| SPENCER HOSIE (SBN 101777) | MICHAEL J. BETTINGER (SBN 122196) |
| shosie@hosielaw.com | mike.bettinger@klgates.com |
| BRUCE WECKER (SBN 078530) | D. SHANE BRUN (SBN 179079) |
| bwecker@hosielaw.com | shane.brun@klgates.com |
| GEORGE F. BISHOP (SBN 89205) | HOLLY HOGAN (SBN 238714) |
| gbishop@hosielaw.com | holly.hogan@klgates.com |
| DIANE S. RICE (SBN 118303) | K&L GATES LLP |
| drice@hosielaw.com | 4 Embarcadero Center, Suite 1200 |
| HOSIE RICE LLP | San Francisco, CA 94111 |
| 188 The Embarcadero, Suite 750 | (415) 882-8200 Tel. |
| San Francisco, CA 94105 | (415) 882-8220 Fax |
| (415) 247-6000 Tel. | |
| (415) 247-6001 Fax | *Attorneys for Defendant* |
| | *F5 NETWORKS, INC.* |
| *Attorneys for Plaintiff* | |
| *IMPLICIT NETWORKS, INC.* | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> F5 NETWORKS, INC., <br><br> Defendant. | Case No. 10-CV-3365 SI <br><br> **STIPULATED MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant F5 Networks, Inc. ("F5"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about August 2, 2010, Implicit served its Original Complaint and Demand for Jury Trial and on December 20, 2010 served its First Amended Complaint upon F5;

WHEREAS, the Initial Case Management Conference in a related case, *Implicit Networks, Inc. v. Juniper Networks, Inc.*, No. C 10-4234 SI, is currently scheduled to occur on February 18, 2011, at 2:30 p.m.;

WHEREAS, in another related case, *Implicit Networks, Inc. v. Hewlett-Packard Company,* CV 10-3746 SI (in which the date for the Initial Case Management Conference Date is also currently set to occur on January 21, 2011), the parties have also agreed to extend the date of the Initial Case Management Conference to February 18, 2011[1];

WHEREAS the parties believe it would be beneficial to the efficient resolution of this matter to continue the Initial Case Management Conference to February 18, 2011; and

WHEREAS, no trial date has yet been set in this action:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date and time for the Initial Case Management Conference in this action be re-scheduled for February 18, 2011, at 2:30 p.m., and the dates for serving and filing the Initial Case Management Conference Statement and serving the parties' initial disclosures be extended until February 11, 2011.

Dated: January 13, 2011            HOSIE RICE LLP
                                   By: */s/ George F. Bishop*
                                       George F. Bishop

                                   Attorney for Plaintiff
                                   IMPLICIT NETWORKS, INC.

Dated: January 13, 2011            K&L GATES, LLP
                                   By: */s/ D. Shane Brun*
                                       D. Shane Brun

                                   Attorney for Defendant
                                   F5 NETWORKS, INC.

---

[1] Implicit expects to file today in the *Implicit v. HP* case a stipulated motion requesting such re-scheduling.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Shane Brun.

Dated: January 13, 2011

HOSIE RICE LLP
By:  */s/ George F. Bishop*
    George F. Bishop

Attorney for Plaintiff
IMPLICIT NETWORKS, INC.

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The parties to this action will comply with the dates set forth in the accompanying Stipulated Motion.

Dated: January __, 2011

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE