SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

*Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>        Defendant. | Case No. 10-CV-3365 SI<br><br>**STIPULATION IN IMPLICIT RELATED CASES TO CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER** |
| IMPLICIT NETWORKS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | Case No. C 10-3606 SI |

1

2 IMPLICIT NETWORKS, INC.,                    Case No. C 10-3746 SI

3           Plaintiff,

4 v.

5 HEWLETT-PACKARD COMPANY,

6           Defendant.

7

8 IMPLICIT NETWORKS, INC.,                    Case No. C 10-3766 SI

9           Plaintiff,

10 v.

11 CITRIX SYSTEMS, INC.,

12          Defendant.

13

14 IMPLICIT NETWORKS, INC.,                   Case No.  C 10-4234 SI

15          Plaintiff,

16 v.

17 JUNIPER NETWORKS, INC.,

18          Defendant.

19

20

21

22

23

24

25

26

27

28

Plaintiff Implicit Networks, Inc. ("Implicit") and the five defendants (Hewlett-Packard Company ("HP"), F5 Networks, Inc. ("F5"), Juniper Networks, Inc. ("Juniper"), Cisco Systems, Inc. ("Cisco"), and Citrix Systems, Inc.("Citrix"))  in the above-captioned cases, which have been ordered related by the Court (the "Related Cases"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, Implicit and the defendants in the several Related Cases have agreed to schedules which include most events occurring on the same dates for all cases;

WHEREAS, the Initial Case Management Conferences for the *HP*, *F5* and *Juniper* cases took place on February 18, 2011, and the Court at that time ordered a schedule for those three cases; and

WHEREAS, the Initial Case Management Conferences for the *Cisco* and *Citrix* cases took place on February 25, 2011, at which time, the Court directed counsel for Implicit to prepare a stipulation that set forth, in one place, the case management dates for all of the Related Cases;

WHEREFORE IT IS HEREBY STIPULATED by and between Implicit and the defendants in each of the Related Cases that the case management dates set forth in the attached Exhibit A shall be ordered in these cases.

Dated:  March 1, 2011                        Respectfully submitted:


HOSIE RICE LLP

*/s/ George F. Bishop*
George F. Bishop

*Attorneys for Plaintiff Implicit Networks, Inc.*

Dated:  March 1, 2011                    K&L GATES LLP

                                         */s/ Shane Brun*_____
                                         Shane Brun

                                         *Attorneys for Defendant F5 Networks, Inc.*


Dated:  March 1, 2011                    QUINN, EMANUEL, URQUHART &
                                         SULLIVAN LLP

                                         */s/ Victoria Maroulis*_____
                                         Victoria Maroulis

                                         *Attorneys for Defendant Cisco Systems, Inc.*


Dated:  March 1, 2011                    FISH & RICHARDSON, P.C.

                                         */s/ Christopher Green*_____
                                         Christopher Green

                                         *Attorneys for Defendant Hewlett-Packard
                                         Company*


Dated:  March 1, 2011                    GOODWIN PROCTER, LLP

                                         */s/ Lana Shiferman*_____
                                         Lane Shiferman

                                         *Attorneys for Defendant Citrix Systems, Inc.*


Dated:  March 1, 2011                    IRELL & MANELLA LLP

                                         */s/ Rebecca Clifford*_____
                                         Rebecca Clifford

                                         *Attorneys for Defendant Juniper Networks, Inc.*

1

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

2

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above

3

signatories for the Defendants have concurred and consented to the filing of this document.

4

DATED:  March 1, 2011

5

*/s/ George F. Bishop*

6

George F. Bishop

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

2

The parties to this action will comply with the dates set forth in the accompanying

3

Stipulated Motion.

4

5

Dated:  March .2 , 2011

_____

6

Honorable Susan Illston
U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

| Event | HP Dates | F5 Dates | Juniper Dates | Cisco Dates | Citrix Dates |
|---|---|---|---|---|---|
| Parties' Serve Initial Disclosures | 2/17/11 | 2/17/11 | 2/17/11 | **3/4/11**[1] | **2/18/11** |
| Disclosure of Asserted Claims and Infringement Contentions and accompanying document production [Pat. L.R. 3.1-3.2] | 3/25/11 | 3/25/11 | **5/23/11** | 3/25/11 | 3/25/11 |
| Invalidity Contentions and accompanying document production [Pat. L.R. 3.3 and 3.4] | 5/9/11 | 5/9/11 | **7/22/11** | 5/9/11 | 5/9/11 |
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | 8/22/11 | 8/22/11 | 8/22/11 | 8/22/11 | 8/22/11 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | 9/19/11 | 9/19/11 | 9/19/11 | 9/19/11 | 9/19/11 |
| Filing of Joint Claim Chart, Worksheet and Prehearing Statement [Pat. L.R. 4.3] | 10/14/11 | 10/14/11 | 10/14/11 | 10/14/11 | 10/14/11 |
| Case Management Conference | 10/28/11, @ 3:00 p.m. | 10/28/11, @ 3:00 p.m. | 10/28/11 @ 3:00 p.m. | 10/28/11 @ 3:00 p.m. | 10/28/11 @ 3:00 p.m. |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | 11/14/11 | 11/14/11 | 11/14/11 | 11/14/11 | 11/14/11 |
| Opening Claim Construction Brief [Pat. L.R. 4.5.a.] | 11/28/11 | 11/28/11 | 11/28/11 | 11/28/11 | 11/28/11 |

---

[1]     The few dates that are not uniform among all five cases are bolded and underlined.

CASE NOS. C 10-3365 SI; C 10-3606 SI
CASE NOS. C 10-3746 SI; C 10-3766 SI
CASE NO. C 10-4234 SI

| Event | HP Dates | F5 Dates | Juniper Dates | Cisco Dates | Citrix Dates |
|---|---|---|---|---|---|
| Responsive Claim Construction Brief [Pat. L.R. 4.5.b] | 12/12/11 | 12/12/11 | 12/12/11 | 12/12/11 | 12/12/11 |
| Reply Claim Construction Brief [Pat. L.R. 4.5.c] | 12/19/11 | 12/19/11 | 12/19/11 | 12/19/11 | 12/19/11 |
| Tutorial for Claim Construction Hearing | 1/10/12 @ 10:00 a.m. | 1/10/12 @ 10:00 a.m. | 1/10/12 @ 10:00 a.m. | 1/10/12 @ 10:00 a.m. | 1/10/12 @ 10:00 a.m. |
| Claim Construction Hearing [Pat. L.R. 4.6] | 1/10/12-1/12/12 @ 10:00 a.m. | 1/10/12-1/12/12 @ 10:00 a.m. | 1/10/12-1/12/12 @ 10:00 a.m. | 1/10/12-1/12/12 @ 10:00 a.m. | 1/10/12-1/12/12 @ 10:00 a.m. |