MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
IRENE YANG (SBN 245464)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
holly.hogan@klgates.com
irene.yang@klgates.com

Attorneys for Defendant
F5 NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>F5 NETWORKS, INC.<br><br>　　　　　　Defendant. | Case No. 3:10-cv-03365-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCOMPLAINT TO FIRST AMENDED COMPLAINT** |

Defendant F5 Networks, Inc. ("F5") and Plaintiff Implicit Networks, Inc. ("Implicit"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, F5 and Implicit agreed and stipulated to Implicit's filing of Implicit's First Amended Complaint [DN 29], and the Court subsequently granted Implicit leave to file its First Amended Complaint on December 20, 2010 [DN 30];

WHEREAS, F5 filed its Answer to the Amended Complaint and Counter-Complaint on January 14, 2011 [DN 36];

WHEREAS, Implicit filed its Answer to F5's Counter-Complaint on February 18, 2011 [DN 45];

WHEREAS, F5 has drafted a First Amended Answer and Counter-Complaint to Implicit's First Amended Complaint which removes references to attorney Maurice J. Pirio and the law firm of Perkins Coie LLP, attorney Michael Donohue and the law firm of Davis Wright Tremaine LLP, and attorney Vernon Gard and the law firm of Gard & Kaslow LLP in F5's affirmative defenses and counterclaims concerning inequitable conduct;

WHEREAS, F5 and Implicit have agreed and stipulated to F5's filing of its First Amended Answer and Counter-Complaint without prejudice to F5 seeking leave to amend its Answer as discovery progresses to include references to Maurice J. Pirio, Perkins Coie LLP, Michael Donohue, Davis Wright Tremaine LLP, Vernon Gard, and/or the law firm of Gard & Kaslow LLP based on facts revealed during discovery; and

WHEREAS, no trial date has yet been set in this action.

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that F5 may have leave to file its First Amended Answer and Counter-Complaint, attached hereto as Exhibit 1, without prejudice to F5 seeking leave to amend its answer in the future to include references to Maurice J. Pirio, Perkins Coie LLP, Michael Donohue, Davis Wright Tremaine LLP, Vernon Gard, and/or the law firm of Gard & Kaslow LLP based on facts revealed during discovery.  F5 and Implicit, through their respective counsel of record, have agreed to this filing.

1   IT IS SO STIPULATED.

2   Dated: April 15, 2011                K&L GATES LLP

4                                        By:___/s/ Shane Brun_____
                                         MICHAEL J. BETTINGER (SBN 122196)
5                                        SHANE BRUN (SBN 179079)
                                         HOLLY HOGAN (SBN 238714)
6                                        IRENE YANG (SBN 245464)
                                         K&L GATES LLP
7                                        4 Embarcadero Center, Suite 1200
                                         San Francisco, California 94111-5994
8                                        Telephone: 415.882.8200
                                         Facsimile: 415.882.8220
9                                        mike.bettinger@klgates.com
                                         shane.brun@klgates.com
10                                       holly.hogan@klgates.com
                                         irene.yang@klgates.com

12                                       Attorneys for Defendant
                                         F5 NETWORKS, INC.

13  Dated: April 15, 2011                By:__/s/ Spencer Hosie_____
                                         SPENCER HOSIE (SBN 101777)
14                                       GEORGE F. BISHOP (SBN 89205)
                                         DIANE S. RICE (SBN 118303)
15                                       WILLIAM P. NELSON (SBN 196091)
                                         HOSIE RICE LLP
16                                       Transamerica Pyramid, 34th Floor
                                         600 Montgomery Street
17                                       San Francisco, CA 94111
                                         Telephone: 415.247.6000
18                                       Facsimile: 415.247.6001
                                         shosie@hosielaw.com
19                                       gbishop@hosielaw.com
                                         drice@hosielaw.com
20                                       wnelson@hosielaw.com

22                                       Attorneys for Plaintiff
                                         IMPLICIT NETWORKS, INC.

1 **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2   Leave to file F5's First Amended Answer and Counter-Complaint is GRANTED.

Dated:   4/15/11                              _____
  Honorable Susan Illston
  U.S. DISTRICT COURT JUDGE