1  MICHAEL J. BETTINGER (SBN 122196)
   SHANE BRUN (SBN 179079)
2  HOLLY HOGAN (SBN 238714)
   IRENE YANG (SBN 245464)
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California 94111-5994
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220
   mike.bettinger@klgates.com
6  shane.brun@klgates.com
   holly.hogan@klgates.com
7  irene.yang@klgates.com

8  Attorneys for Defendant
   F5 NETWORKS, INC.
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  IMPLICIT NETWORKS, INC.,              Case No. 3:10-cv-03365-SI

14                Plaintiff,              **STIPULATION REGARDING CASE
                                          MANAGEMENT SCHEDULE AND
15       v.                               [PROPOSED] ORDER**

16  F5 NETWORKS, INC.

17                Defendant.

18

1    Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant F5 Networks, Inc. ("F5") hereby
2  stipulate through their respective counsel of record as follows:
3    WHEREAS, on March 3, 2011 the Court entered a case management scheduling order in
4  which F5's invalidity contentions and accompanying document production under Patent L.R. 3-3 and
5  3-4 were due on May 9, 2011 [DN 48];
6    WHEREAS, Implicit and F5 have agreed to extend the date for F5's invalidity contentions
7  and accompanying document production under Patent L.R. 3-3 an 3-4 to July 22, 2011, which
8  coincides with the date for such disclosures in the related matter of *Implicit Networks, Inc. v. Juniper*
9  *Networks, Inc.*, Case No. 10-4234 SI;
10    WHEREAS, no other dates will be affected by this stipulation;
11    WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the parties state that prior time
12  modifications in this case are as follows: Stipulation to Extend Time to Respond to First Amended
13  Complaint [Docket No. 32] and Stipulation to Extend Time to Answer Counterclaim [Docket
14  No. 41];
15    WHEREFORE IT IS HEREBY STIPULATED by and between Implicit and F5 that F5's
16  invalidity contentions and accompanying document production shall be due on July 22, 2011.
17    IT IS SO STIPULATED.
18  Dated: May 6, 2011                    K&L GATES LLP

By:___/s/ *Shane Brun*___
MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
IRENE YANG (SBN 245464)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
holly.hogan@klgates.com
irene.yang@klgates.com

Attorneys for Defendant
F5 NETWORKS, INC.

| | |
|---|---|
| Dated:  May 6, 2011 | By: __/s/ William P. Nelson__<br>SPENCER HOSIE (SBN 101777)<br>GEORGE F. BISHOP (SBN 89205)<br>DIANE S. RICE (SBN 118303)<br>WILLIAM P. NELSON (SBN 196091)<br>HOSIE RICE LLP<br>Transamerica Pyramid, 34th Floor<br>600 Montgomery Street<br>San Francisco, CA 94111<br>Telephone: 415.247.6000<br>Facsimile: 415.247.6001<br>shosie@hosielaw.com<br>gbishop@hosielaw.com<br>drice@hosielaw.com<br>wnelson@hosielaw.com<br><br>Attorneys for Plaintiff<br>IMPLICIT NETWORKS, INC. |

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

F5's invalidity contentions and accompanying document production pursuant to Patent Local Rules 3-3 and 3-4 shall be due on July 22, 2011.

Dated: _5/6/11_____

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45XB, I Shane Brun, attest that the above signatories for the Plaintiff have concurred and consented to the filing of this document.

Dated: May 6, 2011             /s/ *Shane Brun*
                                Shane Brun