SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

*Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>       Defendant. | Case No. 10-CV-3365 SI<br><br>**STIPULATION IN IMPLICIT RELATED CASES TO EXTEND DATES FOR: (a) PLR 4-2 EXCHANGE AND (b) PLR 4-3 JOINT STATEMENT, AND [PROPOSED] ORDER** |
| IMPLICIT NETWORKS, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>       Defendant. | Case No. C 10-3746 SI |

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No.  C 10-4234 SI |
| Plaintiff, | |
| v. | |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

STIPULATION IN IMPLICIT RELATED CASES EXTEND DATES AND [PROPOSED] ORDER

CASE NOS. C 10-3365 SI;
CASE NOS. C 10-3746 SI;
CASE NO. C 10-4234 SI.

.

Plaintiff Implicit Networks, Inc. ("Implicit") and the defendants (Hewlett-Packard Company ("HP"), F5 Networks, Inc. ("F5") and Juniper Networks, Inc. ("Juniper")), in the above-captioned cases, which have been ordered related by the Court, hereby stipulate through their respective counsel of record as follows:

WHEREAS, on February 22, 2011, the Court ordered an agreed case management schedule; and on March 3, 2011, the Court ordered an agreed modification to the case management schedule;

WHEREAS, the date set thereby for the Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence is September 19, 2011, and the date set for filing the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement is October 14, 2011; and the parties have agreed to extend each of these dates by four days;

WHEREFORE IT IS HEREBY STIPULATED by and between Implicit and defendants HP, F5 and Juniper that the case management orders in these cases are modified to:

a) extend the date for the Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence to September 23, 2011; and

b) extend the date for filing the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement to October 18, 2011;

Dated: September 19, 2011          Respectfully submitted:

HOSIE RICE LLP

*/s/ George F. Bishop*
George F. Bishop

*Attorneys for Plaintiff Implicit Networks, Inc.*

| | | |
|---|---|---|
| 1 | Dated: September 19, 2011 | K&L GATES LLP |
| 2 | | */s/ Shane Brun*_____ <br> Shane Brun |
| 3 | | |
| 4 | | *Attorneys for Defendant F5 Networks, Inc.* |
| 5 | | |
| 6 | Dated: September 19, 2011 | FISH & RICHARDSON, P.C. |
| 7 | | */s/ Christopher Green*_____ <br> Christopher Green |
| 8 | | |
| 9 | | *Attorneys for Defendant Hewlett-Packard Company* |
| 10 | | |
| 11 | | |
| 12 | Dated: September 19, 2011 | IRELL & MANELLA LLP |
| 13 | | */s/ Rebecca Clifford*_____ <br> Rebecca Clifford |
| 14 | | |
| 15 | | *Attorneys for Defendant Juniper Networks, Inc.* |

### CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED: September 19, 2011

*/s/ George F. Bishop*_____
George F. Bishop

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The case management orders in these cases are modified as follows:

a) the date for the Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence is extended to September 23, 2011; and

b) the date for the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement is extended to October 18, 2011.

Dated: September 20, 2011

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE