SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
IMPLICIT NETWORKS, INC.

*Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> F5 NETWORKS, INC., <br><br> Defendant. | Case No. 10-CV-3365 SI <br><br> **STIPULATION IN IMPLICIT RELATED CASES TO EXTEND DATES FOR: (a) PLR 4-2 EXCHANGE AND (b) PLR 4-3 JOINT STATEMENT, AND [PROPOSED] ORDER** |
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. C 10-3746 SI |

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. C 10-4234 SI |
| Plaintiff, | |
| v. | |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

STIPULATION IN IMPLICIT RELATED CASES EXTEND DATES AND [PROPOSED] ORDER

CASE NOS. C 10-3365 SI;
CASE NOS. C 10-3746 SI;
CASE NO. C 10-4234 SI.

.

Plaintiff Implicit Networks, Inc. ("Implicit") and the defendants (Hewlett-Packard Company ("HP"), F5 Networks, Inc. ("F5") and Juniper Networks, Inc. ("Juniper")), in the above-captioned cases, which have been ordered related by the Court, hereby stipulate through their respective counsel of record as follows:

WHEREAS, on February 22, 2011, the Court ordered an agreed case management schedule; and on March 3, 2011, the Court ordered an agreed modification to the case management schedule;

WHEREAS, the date set thereby for the Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence is September 19, 2011, and the date set for filing the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement is October 14, 2011; and the parties have agreed to extend each of these dates by four days;

WHEREFORE IT IS HEREBY STIPULATED by and between Implicit and defendants HP, F5 and Juniper that the case management orders in these cases are modified to:

a) extend the date for the Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence to September 23, 2011; and

b) extend the date for filing the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement to October 18, 2011;

Dated: September 19, 2011                Respectfully submitted:

HOSIE RICE LLP

*/s/ George F. Bishop*
George F. Bishop

*Attorneys for Plaintiff Implicit Networks, Inc.*

Dated:  September 19, 2011          K&L GATES LLP

                                    */s/ Shane Brun*_____
                                    Shane Brun

                                    *Attorneys for Defendant F5 Networks, Inc.*


Dated:  September 19, 2011          FISH & RICHARDSON, P.C.

                                    */s/ Christopher Green*_____
                                    Christopher Green

                                    *Attorneys for Defendant Hewlett-Packard Company*


Dated:  September 19, 2011          IRELL & MANELLA LLP

                                    */s/ Rebecca Clifford*_____
                                    Rebecca Clifford

                                    *Attorneys for Defendant Juniper Networks, Inc.*


**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  September 19, 2011

                                    */s/ George F. Bishop*_____
                                    George F. Bishop

---

STIPULATION IN IMPLICIT RELATED CASES EXTEND DATES AND [PROPOSED] ORDER        2        CASE NOS. C 10-3365 SI;
                                                                                        CASE NOS. C 10-3746 SI;
                                                                                        CASE NO. C 10-4234 SI.

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The case management orders in these cases are modified as follows:

a) the date for the Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence is extended to September 23, 2011; and

b) the date for the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement is extended to October 18, 2011.

Dated:  September 20, 2011

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE