IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS INC,<br><br>        Plaintiff,<br><br>  v.<br><br>F5 NETWORKS INC,<br><br>        Defendant.<br>                                         / | No. C 10-03365 SI<br>and related cases: 10-3746 SI & c-10-4234 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 15, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 29, 2012.

DESIGNATION OF EXPERTS: 7/16/12; REBUTTAL: 8/10/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 12, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by November 9, 2012;

    Opp. Due November 16, 2012; Reply Due December 3, 2012;

    and set for hearing no later than December 14, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 2, 2013 at 3:30 PM.

JURY TRIAL DATE: April 15, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Motion to Stay (#59 ) is denied.
Juniper's Motion to Compel Source Code citation is granted and shall produced by plaintiff by 5/4/12, and Motion to compel disclosures is granted and shall be produced by 4/9/12.
Counsel shall be prepared to discuss a trial structure and anADR procedure during the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/12/12

                                                SUSAN ILLSTON
                                                United States District Judge