RECEIVED
MAY 23 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.<br><br>Defendant. | CASE NO. 3:10-cv-03365-SI<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James G. Warriner, whose business address and telephone number is K&L Gates LLP, 111 Congress Ave., Ste. 900, Austin, TX 78701, 512.482.6885

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing F5 Networks, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5/31/12

Susan Illston
United States District Judge



Clerk's Use Only

Initial for fee pd.:

James G. Warriner
K&L Gates LLP
111 Congress Ave., Ste 900
Austin, TX 78701
512.482.6885

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IMPLICIT NETWORKS, INC.

Plaintiff(s),

v.

F5 NETWORKS, INC.

Defendant(s).

CASE NO. 3:10-cv-03365-SI

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James G. Warriner, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing F5 Networks, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael J. Bettinger, K&L Gates LLP, 4 Embarcadero Ctr, Ste. 1200, San Francisco, CA 94111, 415.882.8200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-21-2012