IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> F5 NETWORKS, INC., <br><br> Defendant. _____/ | No. C 10-03365 SI; No. C 10-04234 SI <br><br> **ORDER DENYING MOTION TO QUASH** |
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. _____/ | |

Currently before the Court is Implicit's request to quash a third-party subpoena defendants issued to Intel Corporation. The subpoena was issued prior to the parties' CMC on Friday June 22, 2012, where the parties agreed not to serve any new discovery on the other parties in this action. Moreover, the subpoena seeks relevant information and does not appear to unduly burden Implicit. The Court DENIES the motion to quash. Case No. 10-3365, Docket No. 116; Case No. 10-4234, Docket No. 103.

**IT IS SO ORDERED.**

Dated: June 19, 2012

SUSAN ILLSTON
United States District Judge