IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMPLICIT NETWORKS, INC.,

    Plaintiff,

  v.

F5 NETWORKS INC.,

    Defendant.
                                   /

No. C 10-03365 SI

**ORDER GRANTING IN PART MOTION TO COMPEL FINANCIAL INFORMATION**

Currently before the Court is Implicit's motion to compel defendant F5 to provide financial information regarding sales volume, revenue, costs, expenses and profits for each of the Accused Products. Docket No. 120. The Court has read both parties' submissions and ORDERS as follows:

F5 shall produce a Rule 30(b)(6) deponent to testify as to F5's sales volume, revenue, costs, expenses and profits (gross, net, and profit margin) for each of the Accused Products at least three (3) days, but no longer than seven (7) days, after F5 serves its supplemental interrogatory response regarding financial information. F5's supplemental interrogatory answer must be served no later than July 25, 2012.

**IT IS SO ORDERED.**

Dated: July 16, 2012

                                                                      SUSAN ILLSTON
                                                                      UNITED STATES DISTRICT JUDGE