**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMPLICIT NETWORKS, INC,

      Plaintiff,

  v.

F5 NETWORKS, INC.,

      Defendant.

No. C 10-03365 SI

**ORDER GRANTING MOTION TO AMEND EXPERT REPORT**

Currently before the Court is Implicit's motion for leave to file an amended damages expert report. Docket No. 126. Implicit asks the Court for permission to file an amended damages expert report, which it served on defendant three business days after the date its original damages expert report was due and served. Defendant opposes the request. The Court finds that allowing the filing of an amended expert report under the circumstances presented here is harmless. Implicit's motion is GRANTED.[1]

**IT IS SO ORDERED.**

Dated: August 22, 2012

SUSAN ILLSTON
United States District Judge

---

[1] Docket No. 127, plaintiff's motion to remove the materials at Docket No. 126 from the file, is GRANTED. Docket No. 128, plaintiff's motion to refile the materials in Docket No. 126 under seal, is GRANTED.