MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
holly.hogan@klgates.com

Attorneys for Defendant
F5 NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> F5 NETWORKS, INC. <br><br> Defendant. | Case No. 3:10-cv-03365-SI <br><br> **[PROPOSED] ORDER FOR REQUEST TO REPLACE EXHIBIT B TO THE BRUN DECLARATION IN SUPPORT OF F5 NETWORKS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT OF NON-INFRINGEMENT WITH NON-CONFIDENTIAL EXCERPTS** <br><br> **Hearing Date: December 14, 2012** <br> **Time: 9:00 a.m.** |

**[PROPOSED] ORDER**

Pursuant to the stipulation of Plaintiff Implicit Networks, Inc. and Defendant F5 Networks, Inc., IT IS HEREBY ORDERED THAT leave is granted for Defendant to replace Exhibit B to the Declaration of Shane Brun in Support of F5's Motion for Summary Judgment ("Brun Declaration"), which contains technical information about F5's products that F5 considers to be highly confidential, with non-confidential excerpts for filing publicly through the Court's CM/ECF system:

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 21, 2012                    _____
                                            Honorable Susan Illston
                                            United States District Judge

1

**[PROPOSED] ORDER TO REPLACE EX. B TO BRUN DECL. I/S/O F5'S MSJ**
**Case No. 3:10-cv-03365-SI**