MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
holly.hogan@klgates.com


Attorneys for Defendant
F5 NETWORKS, INC.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. 3:10-cv-03365-SI |
|             Plaintiff, | **NOTICE RELATING TO ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING AND [~~PROPOSED~~] ORDER** |
|    v. | |
| F5 NETWORKS, INC. | **Hearing Date: December 14, 2012** |
|             Defendant. | **Time: 9:00 a.m.** |

1    Defendant F5 Networks, Inc. ("F5 Networks") in the above-captioned case hereby request

2    the Court's permission to bring electronic equipment into the Federal Courthouse at 450 Golden

3    Gate Avenue, San Francisco, California for use during the hearing on the pending motion for

4    summary judgment on Friday, December 14, 2012, in the courtroom of the Honorable Susan Illston,

5    Courtroom 10.

6    As such, pursuant to General Order 58, Defendant seeks leave of the Court to permit their

7    counsel and support staff to bring into the courtroom projection equipment, laptop computers for

8    connection to the projection equipment, cables and other supporting computer peripherals on

9    December 14, 2012.

10

11   Dated:  December 12, 2012                         K&L GATES LLP

12

13                                                     By:     /s/ Shane Brun
                                                       MICHAEL J. BETTINGER (SBN 122196)
14                                                     SHANE BRUN (SBN 179079)
                                                       HOLLY HOGAN (SBN 238714)
15                                                     K&L GATES LLP
16                                                     4 Embarcadero Center, Suite 1200
                                                       San Francisco, California 94111-5994
17                                                     Telephone: 415.882.8200
                                                       Facsimile: 415.882.8220
18                                                     mike.bettinger@klgates.com
19                                                     shane.brun@klgates.com
                                                       holly.hogan@klgates.com
20

21                                                     Attorneys for Defendant
                                                       F5 NETWORKS, INC.
22

23

24

25

26

27                                          1
     NOTICE RELATING TO ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING &
28                                  [PROPOSED] ORDER

                              Case No. 3:10-cv-03365-SI

1

## [PROPOSED] ORDER

2    **IT IS HEREBY ORDERED** that:

3        Projection equipment, laptop computers for connection to the projection equipment,

4    cables and other supporting computer peripherals may be brought into Courtroom 10, 19th floor

5    of the Courthouse of the United States District Court for the Northern District of California, San

6    Francisco Division, on December 14, 2012 for the express purpose of the motion for summary

7    judgment before the Honorable Susan Illston.

8        **IT IS SO ORDERED.**

9    Dated: December  12 , 2012                    _____

10                                                  Honorable Susan Illston
                                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE RELATING TO ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING &
[PROPOSED] ORDER**

**Case No. 3:10-cv-03365-SI**