IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Nos. C10-3365 SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| F5 NETWORKS, INC., | |
| Defendant. | |

Summary judgment having been granted in favor of defendant, judgment is hereby entered in favor of defendant F5 Networks, Inc. and against plaintiff Implicit Networks, Inc.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 14, 2013

SUSAN ILLSTON
United States District Judge