AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| IMPLICIT NETWORKS, INC. | ) |
| | ) |
| v. | )    Case No.: 3:10-CV-03365-SI |
| | ) |
| F5 NETWORKS, INC. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _3/14/2013_ against _IMPLICIT NETWORKS, INC_
                                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 305.00 |
| Fees for service of summons and subpoena .................................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 40,555.50 |
| Fees and disbursements for printing ......................................... | 0.00 |
| Fees for witnesses (itemize on page two) ...................................... | 320.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ......................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ............................... | 0.00 |
| Compensation of court-appointed experts ................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0000 |
| Other costs (please itemize) ............................................. | 0000 |
| **TOTAL** | **$ 41,500.50** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

| | | |
|---|---|---|
| [X] | Electronic service | [ ] First class mail, postage prepaid |
| [ ] | Other: | |

s/ Attorney: _Shane Brun (signature)_

Name of Attorney: Shane Brun

For: _F5 Networks, Inc._                                    Date: 3/28/2013
      Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
Clerk of Court                        Deputy Clerk                        Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Dan Matte, Seattle, WA | 1 | $40 | SEE EXHIBIT C | | | | $40 |
| Dave Schmitt, Seattle, WA | 1 | $40 | SEE EXHIBIT C | | | | $40 |
| David Hansen, Seattle, WA | 1 | $40 | SEE EXHIBIT C | | | | $40 |
| James Storer, Lincoln, MA | 2 | $80 | SEE EXHIBIT C | | | | $80 |
| John Siegel, Seattle, WA | 1 | $40 | SEE EXHIBIT C | | | | $40 |
| Richard Brill, Seattle, WA | 1 | $40 | SEE EXHIBIT C | | | | $40 |
| Saxon Amdahl, Seattle, WA | 1 | $40 | SEE EXHIBIT C | | | | $40 |
| | | | | | | TOTAL | $320.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
holly.hogan@klgates.com

Attorneys for Defendant
F5 NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>F5 NETWORKS, INC.<br><br>                    Defendant. | Case No. 3:10-cv-03365-SI<br><br>**DECLARATION OF SHANE BRUN IN SUPPORT OF F5 NETWORKS, INC.'S BILL OF COSTS** |

I, Shane Brun, hereby declare as follows:

1.      I am an attorney at the law firm of K&L Gates LLP and am counsel for Defendant F5 Networks, Inc. ("F5 Networks") in the above-captioned matter.  I submit this Declaration in Support of F5's concurrently filed Bill of Costs and pursuant to 28 U.S.C. §1924 and Civil L.R. 54-3.

2.      I prepared F5's Bill of Costs based on the receipts, invoices and billing records attached as exhibits to this Declaration.  I reviewed the attached receipts, invoices and billing records and believe that each item identified for the taxation of cost set forth in the Bill of Costs is correct and necessarily incurred by F5 in this litigation, and the cost-related services for which fees have been charged were actually and necessarily performed.

3.      Attached hereto as Exhibit A is a collection of true and correct copies of receipts and invoices supporting F5's taxable costs relating to fees of the Clerk.

4.      Attached hereto as Exhibit B is a summary of and true and correct copies of invoices submitted by various deposition service providers, for services rendered in connection with the deposition transcription of depositions of fact and expert witnesses that were taken during this litigation, as well as supporting documentation.

5.      Attached hereto as Exhibit C is a summary of and true and correct copies of invoices supporting witness expenses, which may be taxed pursuant to Fed. R. Civ. P. 54, 28 U.S.C. §1920 and N.D. Cal. L.R. 54-3(e).  Each of these persons necessarily attended an examination.

  a.      Dan Matte attended his deposition in Seattle, WA.  As such, F5 is not seeking travel fees for Mr. Matte's deposition.  F5 is only seeking the *per diem* attendance for Mr. Matte.

  b.      Dave Schmitt attended his deposition in Seattle, WA.  As such, F5 is not seeking travel fees for Mr. Schmitt's deposition.  F5 is only seeking the *per diem* attendance for Mr. Schmitt.

  c.      David Hansen attended his deposition in Seattle, WA.  As such, F5 is not seeking travel fees for Mr. Hansen's deposition.  F5 is only seeking the *per diem* attendance for Mr. Hansen.

2

d.       James Storer attended his two deposition in San Francisco, CA.  F5 is not seeking travel fees for Mr. Storer's deposition.  F5 is only seeking the *per diem* attendance for Mr. Storer.

e.       John Siegel attended his deposition in Seattle, WA.  As such, F5 is not seeking travel fees for Mr. Siegel's deposition.  F5 is only seeking the *per diem* attendance for Mr. Siegel.

f.       Richard Brill attended his deposition in Seattle, WA.  As such, F5 is not seeking travel fees for Mr. Brill's deposition.  F5 is only seeking the *per diem* attendance for Mr. Brill.

g.       Saxon Amdahl attended his deposition in Palo Alto, CA.  As such, F5 is not seeking travel fees for Mr. Amdahl's deposition.  F5 is only seeking the *per diem* attendance for Mr. Amdahl.

6.       Each of the costs sought in the Bill of Costs, filed herewith, is correctly stated, was necessarily incurred, and is allowable by law to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of March 2013 at San Francisco, California.


/s/ Shane Brun
_____

Shane Brun

3

## MASTER SUMMARY OF F5 COSTS

| SUMMARY OF TAXABLE COSTS – F5 | | | |
|---|---|---|---|
| Exhibit | Category | Authority | Costs |
| A | Fees of the Clerk and Marshal (2) | 28 U.S.C. § 1920(1) | $305.00 |
| | Process Server Fees | 28 U.S.C. § 1920(1) | $0.00 |
| | Court Reporter – Trial | 28 U.S.C. § 1920(2) | $0.00 |
| | Court Reporter – Hearing | 28 U.S.C. § 1920(2) | $0.00 |
| B | Court Reporter – Deposition (32) | 28 U.S.C. § 1920(2) | $40,555.50 |
| C | Witness Travel & Subsistence | 28 U.S.C. § 1920(3) | $320.00 |
| | Exemplification and Copies | 28 U.S.C. § 1920(4) | $0.00 |
| | Translation and Interpretation | 28 U.S.C. § 1920(6) | $0.00 |
| | | F5 TOTAL: | $41,500.50 |

## EXHIBIT A

| F5's Costs – Clerk and Marshall Fees (Exhibit A) | | | |
|---|---|---|---|
| Description | Date | Invoice Number | Amount Paid |
| *Pro Hac Vice* Fees for J. Warriner | | | $305.00 |
| F5 TOTAL: | | | **$305.00** |

ORIGINAL

**Clerk's Use Only**

Initial for fee pd.:

James G. Warriner
K&L Gates LLP
111 Congress Ave., Ste 900
Austin, TX 78701
512.482.6885

*FILED*

*MAY 23 2012*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IMPLICIT NETWORKS, INC.

Plaintiff(s),

v.

F5 NETWORKS, INC.

Defendant(s).

**CASE NO.** 3:10-cv-03365-SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, James G. Warriner , an active member in

good standing of the bar of Texas , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing F5 Networks, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest

   court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local

   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

   become familiar with the Local Rules and the Alternative Dispute Resolution

   programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who

   maintains an office within the State of California has been designated as co-

   counsel in the above-entitled action. The name, address and telephone number of

   that attorney is:

   Michael J. Bettinger, K&L Gates LLP, 4 Embarcadero Ctr, Ste. 1200, San
   Francisco, CA 94111, 415.882.8200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-21-2012



**EXHIBIT B**

| Witness | Date | Invoice Number | Reporter Processing Fee | Original Copy | Exhibits | ASCII | Extra | Video | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | **F5's Costs -- Deposition Transcripts (Exhibit B)** | | | | | | |
| Matte | 6/21/2012 | 49226 | | $207.00 | $18.90 | $86.25 | $30.00 | | $342.15 |
| Schmitt | 6/13/2012 | 49093 | | $522.00 | $96.83 | $217.50 | $60.00 | | $896.33 |
| Hansen | 9/21/2012 | 44716 | | | | | | $132.45 | $132.45 |
| Hansen | 9/21/2011 | 44441 | | $533.80 | $285.75 | | $42.00 | | $861.55 |
| Mosberger | 9/16/2012 | PL318301 | | | $1,250.84 | | | | $1,250.84 |
| Mosberger | 9/16/2011 | PL318305 | | $633.30 | $128.00 | $246.39 | $111.75 | | $1,119.44 |
| Wolf | 8/15/2012 | 20119190 | | $875.00 | $151.90 | $229.50 | $225.00 | | $1,481.40 |
| Wolf | 8/15/2012 | 20119178 | | | | | | $1,173.50 | $1,173.50 |
| Balassanian | 5/30/2012 | CA133641 | | $1,779.85 | | | | | $1,779.85 |
| Balassanian | 5/31/2012 | CA133816 | | $1,968.10 | | | | | $1,968.10 |
| Balassanian | 6/7/2012 | CA135444 | | $1,023.00 | $81.90 | $362.60 | $117.00 | | $1,584.50 |
| Balassanian | 6/8/2012 | CA135463 | | $531.30 | $564.20 | $174.20 | $118.06 | | $1,387.76 |
| Balassanian | 8/16/2012 | 20119157 | | $1,214.50 | $262.10 | | $95.00 | | $1,571.60 |
| Balassanian | 8/17/2012 | 20119187 | | $1305.00 | $39.90 | | $582.05 | | $1,926.95 |
| Balassanian | 8/17/2012 | 20119835 | | | | | | $1,167.50 | $1,167.50 |
| Storer | 9/18/2012 | 64480 | | $1,834.70 | | | | | $1,834.70 |
| Storer | 9/18/2012 | 12451 | | | | | | $430.98 | $430.98 |
| Storer | 10/26/2012 | 64510 | | $758.40 | | | | | $758.40 |
| Smith | 7/18/2012 | CA140468 | | $640.20 | $90.30 | | $117.00 | | $847.50 |
| Miller | 6/18/2012 | CA135960 | | $504.90 | $41.60 | | $117.00 | | $663.50 |
| Siegel | 8/1/2012 | 49905 | | | | | | $132.45 | $132.45 |
| Siegel | 8/1/2012 | 49938 | | $375.00 | $17.55 | $156.25 | $30.00 | | $578.80 |
| Payne | 6/6/2012 | 20117249 | $100.00 | $818.10 | $604.00 | $211.50 | $554.05 | | $2,287.65 |
| Payne | 6/6/2012 | 20117636 | | | | | | $1,260.00 | $1,260.00 |
| Gard | 7/10/2012 | 453555 | | $189.00 | | $43.20 | $21.00 | | $253.20 |
| Brill[1] | 6/21/2012 | 49226 | | $270.00 | $3.60 | $112.50 | $30.00 | | $416.10 |
| Amdahl | 2/17/2011 | 64016 | | $854.15 | | | | | $854.15 |
| Bradley | 6/19/2012 | CA136012 | | $623.70 | $30.55 | | $117.00 | | $771.25 |
| Nettles | 10/4/2012 | 20120783 | | | | | | $1,495.00 | $1,495.00 |
| Nettles | 10/4/2012 | 20120286 | | $1,385.00 | $235.20 | | $1,436.00 | | $3,056.20 |
| Nettles | 10/19/2012 | CA1608590 | | $1,747.35 | $343.20 | | $503.10 | | $2,593.65 |
| Nettles | 11/6/2012 | 20121436 | | | | | | $1,620.00 | $1,620.00 |
| Nettles | 11/6/2012 | 20121046 | $100.00 | $1,096.95 | $370.30 | | $490.80 | | $2,058.05 |
| **TOTALS** | | | | | | | | | **$40,555.50** |

---

[1]   Please note the Brill and Matte deposition include totals for both depositions, Invoice Number 49226.

# Yamaguchi Obien Mangio, LLC

**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128
Phone: (206) 622-6875    Fax: (206) 343-4110

| | |
|---|---|
| Job #: | 120621JH |
| Job Date: | 06/21/2012 |
| Order Date: | 06/21/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | def |

## Rebill

| | |
|---|---|
| **Rebill Date:** | 09/04/2012 |
| **Invoice #:** | 49226 |
| **Inv.Date:** | 07/09/2012 |
| **Balance:** | $758.25 |

**Bill To:**
K&L GATES
Sent to Seattle
SEP 12 2012
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

**Action:** Implicit Networks, Inc.
vs
F5 Networks, Inc.
**Action #:** 10-CV-3365 SI
**Rep:** JH
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Dan Matte (F5 Network - Confidential) | Certified Transcript | Pages | 69 | $3.00 | | | $207.00 |
| 2 | Dan Matte (F5 Network - Confidential) | E-Transcript/Transcript Conversions | Conversi | 1.00 | $30.00 | | | $30.00 |
| 3 | Dan Matte (F5 Network - Confidential) | Exhibit Scanning | Unit | 42.00 | $0.45 | | | $18.90 |
| 4 | Dan Matte (F5 Network - Confidential) | Rough Draft Transcript | Pages | 69 | $1.25 | | | $86.25 |
| 5 | Richard Brill (F5 Network - Confidential) | Certified Transcript | Pages | 90 | $3.00 | | | $270.00 |
| 6 | Richard Brill (F5 Network - Confidential) | E-Transcript/Transcript Conversions | Conversi | 1.00 | $30.00 | | | $30.00 |
| 7 | Richard Brill (F5 Network - Confidential) | Exhibit Scanning | Unit | 8.00 | $0.45 | | | $3.60 |
| 8 | Richard Brill (F5 Network - Confidential) | Rough Draft Transcript | Pages | 90 | $1.25 | | | $112.50 |

Invoice Approval
Charge Acct: 2057164 00012
OK to Pay: _____ — 11420
Date: 9/13/12

**Comments:**

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

1502211

| | |
|---|---|
| Sub Total | $758.25 |
| Tax | $0.00 |
| **Total Invoice** | **$758.25** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$758.25** |

**Federal Tax I.D.:** 42-1604663    **Terms:** After 30 Days 1% Finance Charge Applied.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

K&L GATES LLP A/P
SEP 14 2012
RECEIVED

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

**Deliver To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

## Rebill

Yamaguchi Obien Mangio, LLC
**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128

Phone: (206) 622-6875
Fax: (206) 343-4110

| | |
|---|---|
| **Invoice #:** | 49226 |
| **Inv.Date:** | 07/09/2012 |
| **Balance:** | $758.25 |
| Job #: | 120621JH |
| Job Date: | 06/21/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | def |

**Yamaguchi Obien Mangio, LLC**
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128
Phone:   (206) 622-6875     Fax:   (206) 343-4110

| | |
|---|---|
| Job #: | 120613CRW |
| Job Date: | 06/13/2012 |
| Order Date: | 06/13/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Invoice

| | |
|---|---|
| **Invoice #:** | 49093 |
| **Inv.Date:** | 06/28/2012 |
| **Balance:** | $896.33 |

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111

K&L GATES
Sent to Seattle
JUL - 9 2012

| | |
|---|---|
| **Action:** | Implicit Networks, Inc. |
| | vs |
| | F5 Networks, Inc. |
| **Action #:** | 10-CV-3365 SI |
| **Rep:** | CRW |
| **Cert:** | 2578 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | Certified Transcript | Pages | 160 | $3.00 | | $480.00 |
| 2 | | E-Transcript/Transcript Conversions | ... | 1.00 | $30.00 | | $30.00 |
| 3 | | Rough Draft Transcript | Pages | 160 | $1.25 | | $200.00 |
| 4 | | Delivery of Exhibits to Witness | Labor | 1.00 | $96.83 | | $96.83 |
| 5 | | Certified Transcript | Pages | 14 | $3.00 | | $42.00 |
| 6 | | E-Transcript/Transcript Conversions | ... | 1.00 | $30.00 | | $30.00 |
| 7 | David Schmidt (F5 Networks) (Co | Rough Draft Transcript | Pages | 14 | $1.25 | | $17.50 |

2057164-12   F5/Schmitt Depo

X   1.1 IR — 1277

M. Bellinger

**Comments:**

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

K&L GATES
JUL 10 2012
RECEIVED A/P

1482674

| | |
|---|---|
| Sub Total | $896.33 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $896.33 |
| Payment | $0.00 |
| **Balance Due** | $896.33 |

Federal Tax I.D.:   42-1604663      **Terms:**   After 30 Days 1% Finance Charge Applied.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111

**Deliver To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111

# Invoice

| | |
|---|---|
| **Invoice #:** | 49093 |
| **Inv.Date:** | 06/28/2012 |
| **Balance:** | $896.33 |
| **Job #:** | 120613CRW |
| **Job Date:** | 06/13/2012 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

Phone:   (206) 622-6875
Fax:   (206) 343-4110

**Yamaguchi Obien Mangio, LLC**
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128

# Yamaguchi Obien Mangio, LLC

**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001
**Phone:** (206) 622-6875   **Fax:** (206) 343-4110

| | |
|---|---|
| **Job #:** | 110921AM |
| **Job Date:** | 09/21/2011 |
| **Order Date:** | 09/21/2011 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

## Invoice

| | |
|---|---|
| **Invoice #:** | 44716 |
| **Inv.Date:** | 10/20/2011 |
| **Balance:** | $132.45 |

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

**Action:** ▓▓▓▓▓▓▓ Networks, Inc.
▓▓▓▓▓▓▓ Networks, Inc.
**Action #:** 10-CV-3365 SI
**Rep:** AM
**Cert:** CLVS

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Dave Hansen<br>Dave Hansen | Delivery and Handling<br>Encoding to DVD | Unit<br>Hour | 1.00<br>2.75 | $12.00<br>$40.00 | | $12.00<br>$110.00 |
| | | K&L GATES<br>Sent to Seattle<br><br>OCT 2 6 2011<br><br><br><br>K&L GATES LLP A/P<br>OCT 27 2011 | | | | | |

**Comments:**

RECEIVED

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

| | |
|---|---|
| Sub Total | $122.00 |
| Shipping | $0.00 |
| Tax | $10.45 |
| Total Invoice | $132.45 |
| Payment | $0.00 |
| ▓▓▓▓▓▓▓ | ▓▓▓▓ |

**Federal Tax I.D.:** 42-1604663

**Terms:** After 30 Days 1% Finance Charge Applied.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

C/m # 2057164. 00012   OK. 12.77

M/B.

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

**Deliver To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

## Invoice

| | |
|---|---|
| **Invoice #:** | 44716 |
| **Inv.Date:** | 10/20/2011 |
| **Balance:** | $132.45 |
| **Job #:** | 110921AM |
| **Job Date:** | 09/21/2011 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

**Phone:** (206) 622-6875
**Fax:** (206) 343-4110

Yamaguchi Obien Mangio, LLC
**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001

1402459

# Yamaguchi Obien Mangio, LLC

**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001
Phone: (206) 622-6875  Fax: (206) 343-4110

| | |
|---|---|
| Job #: | 110921CLO |
| Job Date: | 09/21/2011 |
| Order Date: | 09/21/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Invoice

| | |
|---|---|
| **Invoice #:** | 44441 |
| **Inv.Date:** | 09/30/2011 |
| **Balance:** | $861.55 |

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

| | |
|---|---|
| **Action:** | Implicit Networks, Inc. |
| | vs |
| | F5 Networks, Inc. |
| **Action #:** | 10-CV-3365 SI |
| **Rep:** | CLO |
| **Cert:** | 2226 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | David Hansen (F5 Networks) Confidential | Full Size Paper Transcript | Pages | 157 | $0.40 | $62.80 |
| 2 | David Hansen (F5 Networks) Confidential | Certified Transcript | Pages | 157 | $3.00 | $471.00 |
| 3 | David Hansen (F5 Networks) Confidential | E-Transcript/Transcript Conversions | ... | 1.00 | $30.00 | $30.00 |
| 4 | David Hansen (F5 Networks) Confidential | Exhibit Scanning | Unit | 635.00 | $0.45 | $285.75 |
| 5 | David Hansen (F5 Networks) Confidential | Delivery and Handling | Labor | 1.00 | $12.00 | $12.00 |

**Comments:**
Scanned exhibits sent on CD; too large to email

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

| | |
|---|---|
| Sub Total | $861.55 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $861.55 |
| Payment | $0.00 |
| **Balance Due** | $861.55 |

*Federal Tax I.D.:* 42-1604663  **Terms:** After 30 Days 1% Finance Charge Applied.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

**Deliver To:**
Shane Brun
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

# Invoice

Yamaguchi Obien Mangio, LLC
**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001

Phone: (206) 622-6875
Fax: (206) 343-4110

| | |
|---|---|
| **Invoice #:** | 44441 |
| **Inv.Date:** | 09/30/2011 |
| **Balance:** | $861.55 |
| **Job #:** | 110921CLO |
| **Job Date:** | 09/21/2011 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 770-3363
Fax (866) 590-3205



ESQUIRE
an Alexander Gallo Company

**Remit to:**

**Esquire Deposition Solutions**
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**K&L GATES**
**Sent to Seattle**

OCT 1 0 2011

D. SHANE BRUN ,ESQ.
K&L GATES - SAN FRANCISCO
SUITE 1200
4 EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

## *Invoice # PL318301*

| Invoice Date | 09/29/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 11/13/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/16/2011 | IMPLICIT NETWORKS, INC. vs. F5 NETWORKS | 411309 | 09/23/2011 | UPS |

| Description |
|---|

Copy Deposition for DAVID MOSBERGER, 09/16/2011 (BROOMFILED, CO)

   EXHIBITS

*005-7164.00012*

K&L GATES LLP A/P

OCT 1 1 2011

RECEIVED

* han Ru — 11420*

*OK to pay*

*ROUGH DRAFT PROVIDED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/13/2011** | **$ 1,250.84** |
| *1398700* Amount Due After 11/13/2011 | $ 1,375.92 |

Tax Number:  20-4667049

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER



ESQUIRE
an Alexander Gallo Company

D. SHANE BRUN ,ESQ.
K&L GATES - SAN FRANCISCO
SUITE 1200
4 EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

| Invoice #: | PL318301 |
|---|---|
| Payment Due: | 11/13/2011 |
| **Amount Due On/Before 11/13/2011** | **$ 1,250.84** |
| Amount Due After 11/13/2011 | $ 1,375.92 |

**Remit to:**

**Esquire Deposition Solutions**
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

013 0000318301 09292011 1 000125084 9 11132011 11132011 8 000137592 75

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 770-3363
Fax (866) 590-3205

 **ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Services, LLC
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

DANIEL HIPSKIND ,ESQ.
IRELL & MANELLA, LLP - LOS ANGELES
SUITE 900
1800 AVENUE OF THE STARS
LOS ANGELES, CA 90067

### Invoice # PL318305

| | |
|---|---|
| Invoice Date | 09/29/2011 |
| Terms | NET 45 |
| Payment Due | 11/13/2011 |
| Ship Via | |
| Proof of Delivery | |
| Account | |
| Claim Number | |

| Service Date | Case | Billing Attorney | Ship Date | Shipped Via |
|---|---|---|---|---|
| 09/16/2011 | IMPLICIT NETWORKS, INC. vs. F5 NETWORKS | 411309 | 09/23/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 09/16/2011, DAVID MOSBERGER (BROOMFILED, CO) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 633.30 |
| EXHIBITS | $ 128.00 |
| CONDENSED EXHIBITS | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 30.00 |
| COPY HANDLING FEE | $ 30.00 |
| ROUGH DRAFT | $ 246.39 |
| | $ 1,087.69 |
| | |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

*ROUGH DRAFT PROVIDED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/13/2011** | **$ 1,119.44** |
| Amount Due After 11/13/2011 | $ 1,231.38 |

Tax Number:   22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 ESQUIRE
an Alexander Gallo Company

VISA  AMERICAN EXPRESS  DISCOVER  MasterCard

| | |
|---|---|
| Invoice #: | PL318305 |
| Payment Due: | 11/13/2011 |
| **Amount Due On/Before 11/13/2011** | **$ 1,119.44** |
| Amount Due After 11/13/2011 | $ 1,231.38 |

DANIEL HIPSKIND ,ESQ.
IRELL & MANELLA, LLP - LOS ANGELES
SUITE 900
1800 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**Remit to:**

Esquire Deposition Services, LLC
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

013  0000318305  09292011  0  000111944  9  11132011  11132011  8  000123138  75

# MERRILL CORPORATION
LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119190 | 09/05/2012 | 2001-445112 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/15/2012 | FREDPA | 3:10-cv-03365-S |

| CASE CAPTION | | |
|---|---|---|

| Implicit Networks vs. F5 Networks | | |
|---|---|---|

| TERMS | | |
|---|---|---|

| Immediate, sold FOB Merrill facility | | |
|---|---|---|

**K&L GATES**
Sent to Seattle

SEP 26 2012

Holly Hogan
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
David Wolf

| | | | |
|---|---|---|---|
| | 175 Pages @ | 5.00/Page | 875.00 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 50.00 |
| Delivery | | | 30.00 |
| Exhibit Copy/Scan | 217.00 Pages @ | .70/Page | 151.90 |
| Unedited ASCII (RT) | 153.00 Pages @ | 1.50/Page | 229.50 |
| Reporter Certification | | | 20.00 |
| Mileage and Tolls | | | 80.00 |

**TOTAL DUE  >>>>  1,481.40**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

F5   20-57464-12   11277

x   Mike Bettinger   1507171

24. Sep. 12

TAX ID NO.: 20-2665382                    (415) 882-8200    Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

K&L GATES LLP A/P

SEP 27 2012

RECEIVED

Holly Hogan
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20119190
Date      :  09/05/2012
**TOTAL DUE :   1,481.40**

Job No.   :  2001-445112
Case No.  :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119178 | 08/31/2012 | 2008-445113 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/15/2012 | PLATME | 3:10-cv-03365-S |

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

K&L GATES
Sent to Seattle

SEP 26 2012

Holly Hogan
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

---

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   David Wolf (Vol. 1)

| | | | | |
|---|---|---|---|---:|
| Set-up & First Hour | | | | 305.00 |
| Additional Deposition Hr | 3.75 Hours @ | 110.00/Hour | | 412.50 |
| Tape Original DV | 3.00 Tapes @ | 40.00/Tape | | 120.00 |
| Video MPEG 1 on DVD | 5.00 Hours @ | 60.00/Hour | | 300.00 |
| Shipping & Handling | | | | 10.00 |
| Parking | | | | 26.00 |

**TOTAL   DUE   >>>>            1,173.50**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

F5  2057164-12

1/1.113

11277

X

Mike Bettinger   1507170

K&L GATES LLP A/P
SEP 27 2012
RECEIVED

TAX ID NO.:  20-2665382                    (415) 882-8200    Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

---

Holly Hogan
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20119178
Date        :  08/31/2012
**TOTAL  DUE  :   1,173.50**

Job No.   :  2008-445113
Case No.  :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# INVOICE

~~Verion, A Veritext Company~~
## Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Shane Brun Esq
K&L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

**K&L GATES**
**Sent to Seattle**

JUN 2 9 2012

| | |
|---|---|
| **Invoice #:** | CA133641 |
| **Invoice Date:** | 06/14/2012 |
| **Balance Due:** | $ 1,779.85 |

**Case #:**

---

**Case:**   Implicit v. Juniper
**Job #:**   146782  |  Job Date: 5/30/2012  |  Delivery:   Normal
**Billing Atty:** Shane Brun Esq
**Location:**   K&L Gates
4 Embarcadero Center | Suite 1200 | San Francisco, CA 94111
**Sched Atty:** David McPhie, Esq. | Irell & Manella

**Client/Matter #:**

K&L GATES LLP A/P

JUL 02 2012

RECEIVED

---

| Edward Balassanian | Certified Transcript | $1,779.85 |
|---|---|---|

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,779.85 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,779.85 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

2057164.00012

x _____ 11277
Michael J. Bettinger

1480406      Dated: 27 June '12

**Please tear off stub and return with payment.**

---

Make check payable to:   **Veritext**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:  CA133641**
**Job #:  146782**
**Invoice Date: 06/14/2012**

**Balance : $ 1,779.85**

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

| | | |
|---|---|---|
| **Bill To:** Shane Brun Esq<br>K&L Gates<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111-5994 | **K&L GATES**<br>Sent to Seattle<br><br>JUN 2 9 2012 | **Invoice #:** CA133816<br>**Invoice Date:** 06/15/2012<br>**Balance Due:** $ 1,968.10<br><br>**Case #:** |

**Case:** Implicit v. Juniper

**Job #:** 146785  |  Job Date: 5/31/2012  |  Delivery:  Normal

**Billing Atty:** Shane Brun Esq

**Location:** K&L Gates
4 Embarcadero Center | Suite 1200 | San Francisco, CA 94111

**Sched Atty:** David McPhie, Esq. | Irell & Manella

**Client/Matter #:**

| | | |
|---|---|---|
| Edward Balassanian | Certified Transcript | $1,968.10 |

| | |
|---|---|
| **Invoice Total:** | $1,968.10 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,968.10 |

**Notes:**

Fed. Tax ID: 20-3132569          **Term: Net 30**

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

K&L GATES LLP A/P                    2057164.00012

JUL 02 2012
RECEIVED                    x _____ 11277
                              Michael J. Bettinger

1480407              Dated: 29 June 12

**Please tear off stub and return with payment.**

Make check payable to:     **Veritext**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card #                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: CA133816**
**Job #:  146785**
**Invoice Date: 06/15/2012**

**Balance : $ 1,968.10**

**Please remit payment to:**
**20 Corporate Park, Suite 350**
**Irvine, California 92606**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

**K&L GATES**
Sent to Seattle

JUL 2 3 2012

Bill To: Shane Brun Esq
K & L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

| | |
|---|---|
| **Invoice #:** | CA135444 |
| **Invoice Date:** | 06/26/2012 |
| **Balance Due:** | $ 1,584.50 |

| | |
|---|---|
| **Case:** | Implicit v. Juniper |
| **Job #:** | 147843 \| Job Date: 06/07/2012 \| Delivery: Normal |
| **Location:** | K&L Gates<br>4 Embarcadero Center \| Suite 1200 \| San Francisco, CA 94111 |

**Client Matter #:**

20571 64.00012

| Item | Witness | Description | Qty | Units | Amount |
|---|---|---|---|---|---|
| Edward Balassanian, Vol 3 | | Certified Transcript | Page | 310.00 | $1,023.00 |
| | | Exhibit scanned - OCR | Per page | 144.00 | $50.40 |
| | | Exhibit scanned - OCR | Per page | 42.00 | $31.50 |
| | | Transcript - Rough ASCII | Page | 259.00 | $362.60 |
| | | CD Depo | Per CD | 1.00 | $39.00 |
| | | Production & Handling | | 1.00 | $50.00 |
| | | Delivery | Package | 1.00 | $28.00 |

K&L GATES LLP A/P
JUL 24 2012
RECEIVED

| | |
|---|---|
| **Invoice Total:** | $1,584.50 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,584.50 |

**Notes:**

1487269

Fed. Tax ID: 20-3132569    Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and re

x _____ M B — 1277
Michael J. Bettinger

Dated: 20 · July · 12

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date ____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA135444 |
| **Job #:** | 147843 |
| **Invoice Date:** | 06/26/2012 |
| **Balance :** | $1,584.50 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**K&L GATES**
Sent to Seattle

JUL 2 3 2012

Bill To: Shane Brun Esq
K & L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

| | |
|---|---|
| **Invoice #:** | CA135463 |
| **Invoice Date:** | 06/27/2012 |
| **Balance Due:** | $ 1,387.76 |

| | |
|---|---|
| **Case:** | Implicit v. Juniper |
| **Job #:** | 147844   |   Job Date: 06/08/2012   |   Delivery:   Normal |
| **Location:** | K&L Gates<br>4 Embarcadero Center | Suite 1200 | San Francisco, CA 94111 |

**Client Matter #:** 2057164. 00012

| Edward Balassanian,, Vol 4 | | | | |
|---|---|---|---|---|
| Certified Transcript | Page | 161.00 | $531.30 |
| Exhibit  scanned - OCR | Per page | 1,612.00 | $564.20 |
| Transcript - Rough ASCII | Page | 134.00 | $174.20 |
| CD Depo | Per CD | 1.00 | $39.00 |
| Production & Handling | | 1.00 | $50.00 |
| Delivery | Package | 1.00 | $29.06 |

K&L GATES LLP A/P
JUL 24 2012
RECEIVED

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,387.76 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,387.76 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

1487268

**Please tear off stub and retu**    x _____

Michael J. Bettinger

Dated: _20 · July ·12_

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex ☐  Discover ☐  Lock Box

Credit Card # _____     Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA135463 |
| **Job #:** | 147844 |
| **Invoice Date:** | 06/27/2012 |
| **Balance :** | $1,387.76 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119157 | 08/30/2012 | 2001-445620 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/16/2012 | FERRRA | 3:10-cv-03365-S |

| CASE CAPTION | | |
|---|---|---|
| Implicit Networks vs. F5 Networks | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

**K&L GATES**
**Sent to Seattle**

AUG 3 1 2012

Julie Aguilar
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Edward Balassanian | 347 Pages @ | 3.50/Page | 1,214.50 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 50.00 |
| Exhibit Copy/Scan | 203.00 Pages @ | .70/Page | 142.10 |
| Color Copies | 80.00 Pages @ | 1.50/Page | 120.00 |

TOTAL DUE   >>>>      1,571.60

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

K&L GATES LLP A/P     205746H -12-                    1277

SEP -5 2012     X                   M. Bettinger

RECEIVED

1499816                    30 4/9 12

TAX ID NO.:  20-2665382                              (415) 882-8200   Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

Julie Aguilar
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20119157
Date       :  08/30/2012
**TOTAL DUE** :    1,571.60

Job No.    :  2001-445620
Case No.   :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:     LegaLink, Inc.
              File 70206
              Los Angeles, CA 90074-0206

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119187 | 09/05/2012 | 2001-445617 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/17/2012 | FERRRA | 3:10-cv-03365-S |

**K&L GATES**
**Sent to Seattle**

**SEP 10 2012**

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

C/m# 2057164.000122

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

```
ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
   Edward Balassanian              229 Pages @        5.00/Page     1,145.00
         Reporter Certification                                        20.00
         Total Transcript I                                            45.00
         Production and Handling                                       30.00
         Interactive Realtime       191.00 Pages @    1.50/Page       286.50
         Interactive RT w/laptop    191.00 Pages @     .15/Page        28.65
         Exhibit Copy/Scan           52.00 Pages @     .70/Page        36.40
ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
   Edward Balassanian,V6            32 Pages @         5.00/Page       160.00
         Reporter Certification                                        20.00
         Total Transcript I                                            45.00
         Production and Handling                                       30.00
         Interactive Realtime        26.00 Pages @    1.50/Page        39.00
         Interactive RT w/laptop     26.00 Pages @     .15/Page         3.90
         Exhibit Copy/Scan            5.00 Pages @     .70/Page         3.50
         Parking and Tolls                                             34.00

                                    TOTAL   DUE   >>>>              1,926.95
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or

**TAX ID NO.:** 20-2665382

(415) 882-8200   Fax (415) 882-8220

K&L GATES LLP A/P

**SEP 12 2012**
**RECEIVED**   11277

x _____

Michael J. Bettinger

Dated: _____ 10·Sep·12

1501776

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119187 | 09/05/2012 | 2001-445617 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/17/2012 | FERRRA | 3:10-cv-03365-S |

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

for more information.

TAX ID NO. :  20-2665382

(415) 882-8200    Fax  (415) 882-8220

*Please detach bottom portion and return with payment.*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20119187
Date      :  09/05/2012
**TOTAL DUE**   :   **1,926.95**

Job No.   :  2001-445617
Case No.  :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

**MERRILL CORPORATION**

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119835 | 09/27/2012 | 2002-445618 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/17/2012 | HOPPTE | 3:10-cv-03365-S |

| CASE CAPTION | | |
|---|---|---|
| Implicit Networks vs. F5 Networks | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

**K&L GATES**
Sent to Seattle

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

OCT 0 8 2012

---

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Edward Balassanian - 30(b)(6)
      Set-up & First Hour                                         305.00
      Additional Deposition Hr     5.50 Hours @    110.00/Hour    605.00
      Tape Original DV             2.00 Tapes @    40.00/Tape      80.00
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Edward Balassanian - (Ind. Capacity)
      Additional Deposition Hr     1.25 Hours @    110.00/Hour    137.50
      Tape Original DV                                            40.00
                                                            _____
                                  TOTAL  DUE   >>>>           1,167.50
```

No Copies were ordered at deposition. Invoice for services only.

K&L GATES LLP A/P

OCT 09 2012

RECEIVED

C/m# 2057164.00012

X _____ Michael Bettinger

1510329

1277

TAX ID NO.: 20-2665382                    (415) 882-8200    Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

---

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20119835
Date       :  09/27/2012
**TOTAL DUE :   1,167.50**

Job No.   :  2002-445618
Case No.  :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA 94111
(415) 956-6405   Fax  (415) 956-0440

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 64480 *** | 10/03/2012 | 02-13204 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/18/2012 | YOUNCA | 10-CV-3365-SI |
| **CASE CAPTION** | | |
| Implicit Networks, Inc. vs. F5 Networks, Inc. | | |
| **TERMS** | | |
| Due upon receipt | | |

Shane Brun, Esq.
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

```
CERTIFIED TRANSCRIPT OF:
    James Storer, Ph.D.                                            1,834.70

                            TOTAL   DUE   >>>>        1,834.70

THIS TRANSCRIPT IS BEING SENT OUT C.O.D.
THANK YOU FOR YOUR ORDER!
If invoice is not paid within 30 days, interest of 10% per year may be added.

Online scheduling at www.millerreporters.com
```

TAX ID NO.: 20-8450119                                         (415) 882-8200

*Please detach bottom portion and return with payment.*

Shane Brun, Esq.
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

```
Invoice No.:  64480 ***
Date       :. 10/03/2012
TOTAL DUE  :   1,834.70


Job No.    :  02-13204
Case No.   :  10-CV-3365-SI
Implicit Networks, Inc. vs. F5 Netwo
```

Remit To:   **Miller & Company Reporters**
            **550 Battery Street**
            **Suite 1420**
            **San Francisco, CA 94111**



**CIRCLE** VIDEO productions
1360 Old Bayshore Hwy, Suite 60
Burlingame, CA  94010
650-340-8455

K&L GATES
Sent to Seattle

NOV 1 5 2012

# INVOICE

NO. 12451

DATE 10/28/2012

PAGE 1 of 1

**SOLD TO:**

K&L Gates
Shane Brun
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

**SHIP TO:**

K&L Gates
Shane Brun
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

| ITEM NO. | QUANTITY | UNIT | DESCRIPTION | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | One set of DVDs from the master recordings of the deposition of the following witness: | | | |
| 1. | 423 | Minutes | 9/18/12: Dr. James Storer | | 1.00 | 423.00 |
| 2. | 4 | Units | Taxable materials (media/jewel case) | 82 | 1.25 | 5.00 |
| | | | Freight | | | 2.57 |
| | | | 82 - Sales Tax: 8.25% | | | |
| | | | SST | | | 0.41 |
| | | | Terms: Net 20. Due 11/17/2012. | | | |

Shipped by US Postal Service.

Re: Implicit Networks vs F5 Networks.  Thank You.

Tax ID#: 94-3040072
Please make your check payable to
**CIRCLE VIDEO PRODUCTIONS**

**TOTAL ▶ $** 430.98

Past due accounts are subject for $15/mo late payment penalty and 1.5%/mo interest on the unpaid balance.

F5 / Implicit
C/m# 2057164.00012

11277

X Michael J.Bettinger

K&L GATES LLP A/P

NOV 19 2012

RECEIVED

1521557

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA 94111
(415) 956-6405   Fax  (415) 956-0440

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 64510 | 11/07/2012 | 02-13241 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/26/2012 | MILLAL | 10-CV-3365-SI |
| **CASE CAPTION** | | |
| Implicit Networks, Inc. vs. F5 Networks, Inc. | | |
| **TERMS** | | |
| PLEASE PAY WITHIN 30 DAYS | | |

**K&L GATES**
**Sent to Seattle**

**NOV 1 3 2012**

Shane Brun, Esq.
K & L | Gates
Four Embarcadero Center
12th Floor
San Francisco, CA 94111

CERTIFIED TRANSCRIPT OF:
   James A. Storer, Ph.D.                                        758.40

                                    TOTAL DUE   >>>>           758.40

THANK YOU FOR USING MILLER & COMPANY REPORTERS!
If invoice is not paid within 30 days, interest of 10% per year may be added.

Online scheduling at www.millerreporters.com

2057KH4-12
F5
X
Mike Betlinger
11277

1528168

TAX ID NO.:  20-8450119                                      (415) 822.8200

*Please detach bottom portion and return with payment.*

Shane Brun, Esq.
K & L | Gates
Four Embarcadero Center
12th Floor
San Francisco, CA 94111

K&L GATES LLP A/P

NUV 1 4 2012

RECEIVED

Invoice No.:  64510
Date       :  11/07/2012
**TOTAL DUE :     758.40**

Job No.   :  02-13241
Case No.  :  10-CV-3365-SI
Implicit Networks, Inc. vs. F5 Netwo

Remit To:          *Miller & Company Reporters*
                   *2121 Rosecrans Avenue, Suite 2350*
                   *El Segundo, CA 90245*

# INVOICE

K&L GATES
Sent to Seattle

AUG 2 3 2012

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

*ok to pay*
*8/16/12*

Bill To: Holly Hogan, Esq
K & L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

| | |
|---|---|
| Invoice #: | CA140468 |
| Invoice Date: | 07/31/2012 |
| Balance Due: | $ 847.50 |

| | | |
|---|---|---|
| Case: | Implicit v. Juniper | |
| Job #: | 150789  \| Job Date: 07/18/2012  \| Delivery:  Normal | |
| Location: | K&L Gates<br>4 Embarcadero Center \| Suite 1200 \| San Francisco, CA 94111 | |

Client
Matter #:

2057164. 00012

| Witness | Description | Units | | Amount |
|---|---|---|---|---|
| Jason Smith | Certified Transcript | Page | 194.00 | $640.20 |
| | Exhibits- hard copy, scanned (B/W) | per page | 42.00 | $27.30 |
| | Exhibit - color copying | Per page | 42.00 | $63.00 |
| | CD Depo | Per CD | 1.00 | $39.00 |
| | Production & Handling | | 1.00 | $50.00 |
| | Delivery     K&L GATES LLP A/P | Package | 1.00 | $28.00 |

Notes:

AUG 24 2012

RECEIVED

| | |
|---|---|
| Invoice Total: | $847.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $847.50 |

Fed. Tax ID: 20-3132569          Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

1496775

**Please tear off stub and return with payment.**
X _____ 11277
Michael J. Bettinger

Dated: 23 Aug 12

---

Make check payable to:   **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA140468 |
| Job #: | 150789 |
| Invoice Date: | 07/31/2012 |
| Balance : | $847.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

.For more information on charges related to your services please consult  www.veritext.com/serviceinfo

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**K&L GATES**
**Sent to Seattle**

JUL 2 3 2012

Bill To: Holly Hogan, Esq
K & L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

| | |
|---|---|
| Invoice #: | CA135960 |
| Invoice Date: | 06/29/2012 |
| Balance Due: | $ 663.50 |

| | |
|---|---|
| **Case:** | Implicit v. Juniper |
| **Job #:** | 147920 | Job Date: 06/18/2012 | Delivery: Normal |
| **Location:** | K&L Gates |
| | 925 Fourth Avenue | Suite 2900 | Seattle, WA 98104 |

**Client Matter #:**

2057164. 00012

| John Scott Miller | Certified Transcript | Page | 153.00 | $504.90 |
|---|---|---|---|---|
| | Exhibits- hard copy, scanned (B/W) | per page | 64.00 | $41.60 |
| | CD Depo | Per CD | 1.00 | $39.00 |
| | Production & Handling | | 1.00 | $50.00 |
| | Delivery | Package | 1.00 | $28.00 |

K&L GATES LLP A/P
JUL 24 2012
RECEIVED

**Notes:**

| | |
|---|---|
| Invoice Total: | $663.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $663.50 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

147920S   x _MJB- 11277_

**Please tear off stub and return with payment**   Michael J. Bettinger

Dated: _20 · July · 12_

Make check payable to:   **Veritext**

☐ Visa ☐ MC ☐ Amex   ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA135960 |
| Job #: | 147920 |
| Invoice Date: | 06/29/2012 |
| Balance : | $663.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Yamaguchi Obien Mangio, LLC

**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128
Phone: (206) 622-6875    Fax: (206) 343-4110

Job #: 120801CG
Job Date: 08/01/2012
Order Date: 08/01/2012
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

K&L GATES
Sent to Seattle

AUG 1 6 2012

## Invoice

Invoice #: 49905
Inv.Date: 08/10/2012
Balance: $132.45

**Bill To:**
Holly Hogan
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Action:  Implicit Networks, Inc.
vs
F5 Networks, Inc.
Action #:  10-CV-3365 SI
Rep:  CG
Cert:  Page=Tania

C/m# 2057164.00012

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|------|--------------------|-----------|-------|----------|-------|---|--------|
| 1 | John Siegel, 30b6 F5 Networks | Delivery and Handling | Unit | 1.00 | $12.00 | | $12.00 |
| 2 | John Siegel, 30b6 F5 Networks | Encoding to DVD | Hour | 2.75 | $40.00 | | $110.00 |

x _____
Michael J. Bettinger

Dated: 14 Aug 12

11277

**Comments:**

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

K&L GATES LLP A/P
AUG 17 2012
RECEIVED

1493973

| | |
|---|---|
| Sub Total | $122.00 |
| Shipping | $0.00 |
| Tax | $10.45 |
| **Total Invoice** | $132.45 |
| Payment | $0.00 |
| **Balance Due** | $132.45 |

Federal Tax I.D.:  42-1604663

**Terms:**  After 30 Days 1% Finance Charge Applied.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Holly Hogan
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

**Deliver To:**
Holly Hogan
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

## Invoice

Yamaguchi Obien Mangio, LLC
**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128

Phone: (206) 622-6875
Fax: (206) 343-4110

Invoice #: 49905
Inv.Date: 08/10/2012
Balance: $132.45
Job #: 120801CG
Job Date: 08/01/2012
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

**Yamaguchi Obien Mangio, LLC**

Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128
Phone: (206) 622-6875    Fax: (206) 343-4110

K&L GATES
Sent to Seattle

Job #: 120801CRW
Job Date: 08/01/2012
Order Date: 08/01/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: def

# Invoice

| | |
|---|---|
| Invoice #: | 49938 |
| Inv.Date: | 08/10/2012 |
| Balance: | $578.80 |

Bill To:
Holly Hogan
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

AUG 1 6 2012

Action: Implicit Networks, Inc.
vs
F5 Networks, Inc.
Action #: 10-CV-3365 SI
Rep: CRW
Cert: 2578

C/M # 2057164.00012

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | John Siegel (F5 Networks) | Certified Transcript | Pages | 125 | $3.00 | | $375.00 |
| 2 | John Siegel (F5 Networks) | E-Transcript/Transcript Conversions | ... | 1.00 | $30.00 | | $30.00 |
| 3 | John Siegel (F5 Networks) | Exhibit Scanning | Unit | 37.00 | $0.45 | | $16.65 |
| 4 | John Siegel (F5 Networks) | Exhibit Color Scanning | Unit | 2.00 | $0.45 | | $0.90 |
| 5 | John Siegel (F5 Networks) | Rough Draft Transcript | Pages | 125 | $1.25 | | $156.25 |

K&L GATES LLP A/P
AUG 17 2012
RECEIVED

Comments:

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

149 3975

| | |
|---|---|
| Sub Total | $578.80 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $578.80 |
| Payment | $0.00 |
| Balance Due | $578.80 |

Federal Tax I.D.: 42-1604663      Terms: After 30 Days 1% Finance Charge Applied.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

x _____
Michael J. Bettinger

—11277

Bill To:
Holly Hogan
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Deliver To:
Holly Hogan
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Dated: 14 · Aug · '12

# Invoice

Yamaguchi Obien Mangio, LLC
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-3128

Phone: (206) 622-6875
Fax: (206) 343-4110

| | |
|---|---|
| Invoice #: | 49938 |
| Inv.Date: | 08/10/2012 |
| Balance: | $578.80 |
| Job #: | 120801CRW |
| Job Date: | 08/01/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | def |

# MERRILL CORPORATION

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20117249 | 06/19/2012 | 2005-443918 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/06/2012 | LHO | 3:10-cv-03365-S |

K&L GATES
Sent to Seattle

JUN 2 7 2012

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

---

EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
Leslie V. Payne                        162 Pages @      5.05/Page         818.10
   SIX-DAY EXPEDITE                                                  409.05
   EXHIBITS                     1,208 Pages @       .50/Page         604.00
   ATTENDANCE                                                        100.00
   Reporter Certification                                            20.00
   Total Transcript I                                                45.00
   Production and Handling                                           50.00
   Delivery Local - Regular                                          30.00
   Unedited ASCII (RT)           141.00 Pages @      1.50/Page        211.50

                                       **TOTAL  DUE  >>>>       2,287.65**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

— 11420        80571164-00012

K&L GATES LLP A/P

JUN 28 2012
RECEIVED              1478811

Okay to Pay - S.Brun

TAX ID NO. : 20-2665382                         (415) 882-8200   Fax  (415) 882-8220

*Please detach bottom portion and return with payment.*

---

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20117249
Date        :  06/19/2012
**TOTAL DUE  :     2,287.65**

Job No.    :  2005-443918
Case No.   :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4426

K&L GATES
Sent to Seattle

JUL 2 3 2012

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

*2057164. 00012*

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20117636 | 06/29/2012 | 2006-443919 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/06/2012 | LHO | 3:10-cv-03365-S |

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Leslie Vincent Payne (Vol. 1)
        Set-up & First Hour                                          295.00
        Additional Deposition Hr    4.00 Hours @   85.00/Hour        340.00
        Tape Original DV            3.00 Tapes @   40.00/Tape        120.00
        Video on DVD w/ synch       5.00 Hours @   95.00/Hour        475.00
        Shipping & Handling                                           10.00
        Parking                                                       20.00

                                    TOTAL   DUE   >>>>             1,260.00
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

K&L GATES LLP A/P

JUL 24 2012

RECEIVED

1487071

x _____ 1277
Michael J. Bettinger

Dated: 20 July 12

TAX ID NO.:  20-2665382                          (415) 882-8200     Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

```
Invoice No.  :  20117636
Date         :  06/29/2012
TOTAL DUE    :  1,260.00



Job No.      :  2006-443919
Case No.     :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

K&L GATES
Sent to Seattle

AUG 1 6 2012


**TRANSPERFECT**
LEGAL SOLUTIONS

**Bill To:**

K & L Gates
Attn: Shane Brun
Four Embaracadero Center
Suite 1200
San Francisco, CA 94111
USA

**Requested By:**

Shane Brun
K & L Gates
Four Embaracadero Center
Suite 1200
San Francisco, CA 94111
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 453555 | **Sales Contact:** | Dylan Chambers (DChambers@transperfect.com) |
| **Invoice Date:** | 07/24/2012 | | |
| **Invoice Due:** | 08/23/2012 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt400015 | **Purchase Order #:** | |

**Project Notes:**

In the matter of Implicit Networks, Inc vs. F5 Networks, Inc
Deposition of V. Randall Gard, taken 7/10/2012 (San Francisco, CA)

*C/m# 2057164. 00012*

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original Transcript** | | | | |
| Deposition Services | 42.00 | Pages | 4.500 | 189.00 |
| **Rough ASCII** | | | | |
| Deposition Services | 32.00 | Pages | 1.350 | 43.20 |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Fee | 21.000 | 21.00 |

K&L GATES LLP MP
AUG 17 2012
RECEIVED

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 253.20 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 253.20 |

*Michael J. Bettinger*

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt400015 and Invoice # 453555 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

*1U93959*

*Due: 04-15-11*

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA 94111
(415) 956-6405   Fax (415) 956-0440

**K&L GATES**
**Sent to Seattle**

MAR 0 8 2011

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 64016 | 03/01/2011 | 02-12839 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/17/2011 | MILLAL | 10-CV-3365-SI |
| **CASE CAPTION** | | |
| Implicit Networks, Inc. vs. F5 Networks, Inc. | | |
| **TERMS** | | |
| PLEASE PAY WITHIN 30 DAYS | | |

Shane Brun, Esq.
K & L | Gates
Four Embarcadero Center
12th Floor
San Francisco, CA 94111

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Saxon Amdahl                                                    854.15

                                        TOTAL DUE >>>>        854.15

INCLUDES COMPLIMENTARY EXHIBIT LINKING!
WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP A/P

MAR 1 0 2011
**RECEIVED**

X _Shane D___ - 11420
2057164.00012

13286643

TAX ID NO. : 20-8450119                                      (415) 822.8023

*Please detach bottom portion and return with payment.*

Shane Brun, Esq.
K & L | Gates
Four Embarcadero Center
12th Floor
San Francisco, CA 94111

Invoice No. :  64016
Date        :  03/01/2011
**TOTAL DUE :**    **854.15**

Job No.   :  02-12839
Case No.  :  10-CV-3365-SI
Implicit Networks, Inc. vs. F5 Netwo

Remit To:   Miller & Company Reporters
            2121 Rosecrans Avenue
            Suite 2350
            El Segundo, CA 90245

# INVOICE

**K&L GATES**
Sent to Seattle

### Sarnoff, A Veritext Company
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

JUL 2 3 2012

**Bill To:** Holly Hogan, Esq
K & L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

| | |
|---|---|
| Invoice #: | CA136012 |
| Invoice Date: | 06/30/2012 |
| Balance Due: | $ 771.25 |

| | |
|---|---|
| **Case:** | Implicit v. Juniper |
| **Job #:** | 147921   \|   Job Date: 06/19/2012   \|   Delivery:   Normal |
| **Location:** | K&L Gates<br>925 Fourth Avenue \| Suite 2900 \| Seattle, WA 98104 |

**Client Matter #:**

2057164.00012

| | | | | |
|---|---|---|---|---|
| Scott Bradley | Certified Transcript | Page | 189.00 | $623.70 |
| | Exhibits- hard copy, scanned (B/W) | per page | 47.00 | $30.55 |
| | CD Depo | Per CD | 1.00 | $39.00 |
| | Production & Handling | | 1.00 | $50.00 |
| | Delivery | Package | 1.00 | $28.00 |

**Notes:**

K&L GATES LLP A/P
JUL 24 2012
RECEIVED

| | |
|---|---|
| **Invoice Total:** | $771.25 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $771.25 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

1487266          x _____
                    Michael J. Bettinger

**Please tear off stub and return** Dated: 20 · July · 12

---

Make check payable to:   **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA136012 |
| **Job #:** | 147921 |
| **Invoice Date:** | 06/30/2012 |
| **Balance :** | $771.25 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

201445

# MERRILL CORPORATION

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300 K&L GATES
Fax: 415.357.4305 Sent to Seattle

NOV 1 5 2012

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20120783 | 10/31/2012 | 2002-446849 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/04/2012 | FILMTH | 3:10-cv-03365-S |

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Scott Nettles, PhD (Vol. 1)
         Set-up & First Hour                                        305.00
         Additional Deposition Hr      8.00 Hours @   110.00/Hour    880.00
         After Hours Rate                                           150.00
         Tape Original DV              4.00 Tapes @    40.00/Tape    160.00

                                    TOTAL   DUE  >>>>              1,495.00

No Copies were ordered at deposition. Invoice for services only.
```

C/M# 2057164.00012

11277

X [signature] Michael J. Bettinger

K&L GATES LLP A/P

NOV 19 2012
RECEIVED

TAX ID NO.: 20-2665382

(415) 882-8200     Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:  20120783
Date      :  10/31/2012
**TOTAL DUE  :   1,495.00**

Job No.   :  2002-446849
Case No.  :  3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

152530

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20120286 | 10/15/2012 | 2001-446848 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/04/2012 | FERRRA | 3:10-cv-03365-S |

**K&L GATES**
**Sent to Seattle**

**NOV 0 2 2012**

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Scott Nettles, Ph.D. | 277 Pages @ | 5.00/Page | 1,385.00 |
| FIVE-DAY EXPEDITE | | | 831.00 |
| Reporter Certification | | | 20.00 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 50.00 |
| Delivery | | | 30.00 |
| Interactive Realtime | 240.00 Pages @ | 1.50/Page | 360.00 |
| Interactive RT w/laptop | 240.00 Pages @ | .15/Page | 36.00 |
| Parking and Tolls | | | 34.00 |
| After Hours Rate | | | 30.00 |
| Exhibit Copy/Scan | 336.00 Pages @ | .70/Page | 235.20 |

**TOTAL   DUE   >>>>        3,056.20**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

C/m# 2057164.00012 X   Mike Bettinger   11277

TAX ID NO.: 20-2665382   (415) 882-8200   Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.:   20120286
Date        :   10/15/2012
**TOTAL DUE  :     3,056.20**

Job No.   :   2001-446848
Case No.   :   3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

K&L GATES LLP A/P

**NOV 05 2012**

RECEIVED

1516992

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

K&L GATES
Sent to Seattle

DEC – 7 2012

Bill To:  Shane Brun Esq
K & L Gates
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111-5994

*1528651*

| | |
|---|---|
| **Invoice #:** | CA1608590 |
| **Invoice Date:** | 11/09/2012 |
| **Balance Due:** | $2,593.65 |

| | |
|---|---|
| **Case:** | Implicit v. Juniper |
| **Job #:** | 1540467   \| Job Date: 10/19/2012   \| Delivery: Expedited |
| **Location:** | K&L Gates |
| | 4 Embarcadero Center \| Suite 1200 \| San Francisco, CA 94111 |

C/M# 2057164.00012

| Scott Nettles, P.h.D. | | | | |
|---|---|---|---|---|
| | Certified Transcript | Page | 353.0 | $1,747.35 |
| | Exhibits | Per Page | 528.0 | $343.20 |
| | Rough Draft | Page | 297.0 | $386.10 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,593.65 |
| | **Payment:** | |
| | **Credit:** | |
| Fed. Tax ID: 20-3132569 | **Interest:** | $0.00 |
| Term: Net 30 | **Balance Due:** | $2,593.65 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

K&L GATES LLP A/P

DEC 10 2012
RECEIVED

X

Michael J. Bettinger

Please tear off stub and return with payment.

ED SANGSTER

Make check payable to:  **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA1608590 |
| **Job #:** | 1540467 |
| **Invoice Date:** | 11/09/2012 |
| **Balance :** | $2,593.65 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**MERRILL CORPORATION**

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20121436 | 12/14/2012 | 2008-447478 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/06/2012 | CENTTX | 3:10-cv-03365-S |

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

*C/M #
2057164.00012*

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Scott Nettles, Ph.D. (Vol. 1)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 275.00 |
| Additional Deposition Hr | 7.00 Hours @ | 95.00/Hour | 665.00 |
| Tape Original mini DV | 5.00 Tapes @ | 20.00/Tape | 100.00 |
| Video on DVD w/ synch | 6.00 Hours @ | 95.00/Hour | 570.00 |
| Shipping & Handling | | | 10.00 |

*K&L GATES
Sent to Seattle*

*JAN 14 2013*

TOTAL   DUE   >>>>          1,620.00

CLAIM#: 2057164-00012
LOCATION OF DEPO: Austin   78701, TX   AFF INV#: 3814

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

K&L GATES LLP A/P

*JAN 15 2013*   *1541849*   *1277*

Michael J. Bettinger

TAX ID NO.: 20-2665382                                    (415) 882-8200   Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No.: | 20121436 |
| Date        : | 12/14/2012 |
| **TOTAL DUE** : | 1,620.00 |

| | | |
|---|---|---|
| Job No.  : | 2008-447478 |
| Case No. : | 3:10-cv-03365-SI |

Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

K&L GATES
Sent to Seattle

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

DEC - 7 2012   **I N V O I C E**

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20121046 | 11/21/2012 | 2005-447477 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/06/2012 | LDA | 3:10-cv-03365-S |

| CASE CAPTION |
|---|
| Implicit Networks vs. F5 Networks |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

*152867 4*
*C/M# 2057164.00012*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
Scott Nettles, Ph.D.                           213 Pages @          5.15/Page          1,096.95
          ATTENDANCE                                                                      100.00
          Reporter Certification                                                           20.00
          Total Transcript I                                                               45.00
          Production and Handling                                                          50.00
          Delivery                                                                         30.00
          Interactive RT w/laptop            182.00 Pages @          1.90/Page            345.80
          Exhibit Copy/Scan                   529.00 Pages @           .70/Page            370.30

                                                        TOTAL DUE  >>>>            2,058.05

CLAIM#: 2057164-00012
LOCATION OF DEPO: Austin   78701, TX   AFF INV#: 15049971
Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

X _____
Michael J. Bettinger

TAX ID NO.: 20-2665382                                    (415) 882-8200   Fax (415) 882-8220

*Please detach bottom portion and return with payment.*

Shane Brun
K & L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Invoice No.: 20121046
Date        : 11/21/2012
**TOTAL DUE** :    **2,058.05**

Job No.   : 2005-447477
Case No.  : 3:10-cv-03365-SI
Implicit Networks vs. F5 Networks

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

K&L GATES LLP A/P

DEC 10 2012

RECEIVED

**EXHIBIT C**

| Name of Witness | Description | Witness Fee | Total |
|---|---|---|---|
| D. Matte | Attend deposition on 6/21/2012 | $40.00 | $40.00 |
| D. Schmitt | Attend deposition on 6/13/2012 | $40.00 | $40.00 |
| D. Hansen | Attend deposition on 9/21/2012 | $40.00 | $40.00 |
| J. Storer | Attend deposition on 9/18/2012 | $40.00 | $40.00 |
| J. Storer | Attend deposition on 10/26/2012 | $40.00 | $40.00 |
| J. Siegel | Attend deposition on 8/1/2012 | $40.00 | $40.00 |
| R. Brill | Attend deposition on 6/21/2012 | $40.00 | $40.00 |
| S. Amdahl | Attend deposition on 2/17/2011 | $40.00 | $40.00 |
| | | **F5 Total** | **$320.00** |

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3

I am employed in the county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, Four Embarcadero**

4

**Center, Suite 1200, San Francisco, California 94111.**

5

On **March 28, 2013,** I served the foregoing document(s):

6

• **F5 NETWORKS, INC.'S BILL OF COSTS**

7

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

8

9

SPENCER HOSIE
shosie@hosielaw.com
DIANE S. RICE

10

drice@hosielaw.com
DARRELL R. ATKINSON

11

datkinson@hosielaw.com
JANINE DEANDRE

12

jdeAndre@hosielaw.com
JERRY SHAW

13

jshaw@hosielaw.com
LYNNE ROSE

14

lrose@hosielaw.com
MIKE CARROLL

15

mcarroll@hosielaw.com
HOSIE RICE LLP

16

Transamerica Pyramid, 34th Floor
600 Montgomery Street

17

San Francisco, CA 94111
(415) 247-6000 Tel.

18

(415) 247-6001 Fax

19

[  ]    **BY MAIL (By Following Office Business Practice):**  I am readily familiar with this firm's

20

practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I placed such

21

envelope(s) for collection and mailing on that date following ordinary business practice.

22

[ X ]   **BY EMAIL:** By transmitting via electronic mail the document listed above to the email

23

address(s) set forth above.

24

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25

Executed on March 28, 2013, at San Francisco, California.

26

27

/s/ Julia M. Alvarez-Tam
Julia M. Alvarez-Tam

28